UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CAROL ANN GREATHOUSE

Plaintiff,

v.  Case No. 8:08-cv-1170-T-30TGW

PREMIER BEVERAGE COMPANY,
LCC.

Defendant.

## JUDGMENT IN A CIVIL CASE

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of the Defendant, Premier Beverage Company, LLC, and against Plaintiff, Carol Ann Greathouse.

Date: February 3, 2010

SHERYL L. LOESCH, CLERK

By: S. Boswell, Deputy Clerk